# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 12, 2021

Bridget M. McCormack,
Chief Justice

159676(85)

Brian K. Zahra
David F. Viviano,
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

CURTIS LEE HAMPTON,
      Defendant-Appellant.

_____/

SC: 159676
COA: 338418
Macomb CC: 2015-001559-FC

      On order of the Chief Justice, the second motion of plaintiff-appellee to extend the time for filing its supplemental brief is GRANTED. The supplemental brief submitted on January 11, 2021, is accepted as timely filed.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 12, 2021



Clerk